# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NELSON ESTRADA,** *on behalf of himself and all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> **ALPHA LAB SERVICES, INC.,** <br><br> *Defendant*. | Civil Case No.: 1:24-cv-03531 <br><br> **District Judge Andrea R. Wood** |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's August 29, 2024 Order, Plaintiff Nelson Estrada ("Plaintiff"), files this status report setting forth the status of discovery and an anticipated timeline for the filing of Plaintiff's motion for default judgment.

**1.      Status Update on Discovery**

Plaintiff brought this lawsuit under the Telephone Consumer Protection Act, 47 U.S.C. § 227(c) on behalf of two classes: the Registry Class and the Policy Class. *See* Compl. ¶ 59. Defendant never filed an answer to the complaint, and Plaintiff filed a motion for default and a motion for leave to conduct discovery in order to establish classwide damages for Plaintiff's upcoming motion for default judgment. On August 29, 2024, the Court granted Plaintiff's motions.

On September 6, 2024, Plaintiff issued a subpoena for deposition and documents on the defaulted defendant, Alpha Lab Services, Inc. ("Alpha Labs"), which was served on Alpha Labs' principal, Saleem Qadri, on September 19, 2024. The subpoena commanded compliance by October 15, 2024.

Alpha Labs failed to appear for the deposition and failed to comply with the document requests on October 15, 2024. On October 16, 2024, Plaintiff filed a motion for an Order holding

Alpha Labs and Saleem Qadri in civil contempt (Dkt. 14.). The motion is pending.

**2.     Anticipated Timeline for Plaintiff's Motion for Default Judgment**

Once Plaintiff is able to obtain certain information from Alpha Labs concerning the call records, sales records, and the systems and vendors it used to place the phone calls in question, then Plaintiff will be able to conduct further third-party discovery on these vendors or other telecommunications services providers used by Alpha Labs or its agents to obtain the calling records necessary to determine class size and class makeup. Thus, Plaintiff envisions two rounds of discovery and a period of analysis of the data, which can be completed in approximately 3 months at the earliest. If, as is likely, Plaintiff requires Court orders to compel compliance with additional subpoenas, then more time will be required.

Plaintiff requests that the Court grant Plaintiff's motion for an Order holding Alpha Labs and Saleem Qadri in civil contempt, set a date by which Alpha Labs and Qadri must appear before the Court to show cause why they should not be held in contempt, and set a date 60 days from now to provide a further status update to the Court.

Respectfully submitted,

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Jeffrey D. Blake
*jeff@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Tel: (312) 440-0020
Fax: (312) 440-4180
*www.attorneyzim.com*

Max S. Morgan
THE WEITZ FIRM, LLC

1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Attorneys for Plaintiff and the Proposed Classes