UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nelson Estrada
                        Plaintiff,

v.                                                    Case No.: 1:24–cv–03531
                                                           Honorable Andrea R. Wood

Alpha Lab Services, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/4/2025. For the reasons stated on the record, Plaintiff's motion for a rule to show cause why Defendant Alpha Lab Services, Inc. and Saleem Qadri should not be held in civil contempt [14] is granted as follows. The Court sets an in–person show cause hearing for 9/4/2025 at 11:00 AM in Courtroom 2141 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. Defendant Saleem Qadri, the president and director of Defendant Alpha Lab Services, Inc., is ordered to appear in person for the hearing and show cause why he and Alpha Lab Services, Inc. should not be held in civil contempt for failing to comply with Plaintiff Nelson Estrada's subpoena. If Mr. Qadri complies with the subpoena in advance of the hearing date, Plaintiff's counsel shall notify the Court. Mr. Qadri is advised that his failure to appear at the show cause hearing may result in the Court imposing monetary penalties or issuing a writ of body attachment authorizing the U.S. Marshal to take him into custody and bring him before the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.