# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NELSON ESTRADA,** *on behalf of himself and all others similarly situated*, <br><br> *Plaintiff*, <br> v. <br><br> **ALPHA LAB SERVICES, INC.,** <br><br> *Defendant*. | Civil Case No.: 1:24-cv-03531 <br><br> **District Judge Andrea R. Wood** |

## NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO CONTINUE

Plaintiff Nelson Estrada ("Plaintiff") and Saleem Qadri ("Qadri") write to inform the Court that they have settled in principle their dispute. Accordingly, Plaintiff and Qadri jointly request that the Court strike the status hearing currently set for October 1, 2025 (ECF No. 20), and reschedule a status hearing for November 17, 2025, so they can finalize their agreement.

Respectfully submitted,

By: /s/ Jeffrey D. Blake
 Thomas A. Zimmerman, Jr.
 *tom@attorneyzim.com*
 Jeffrey D. Blake
 *jeff@attorneyzim.com*
 ZIMMERMAN LAW OFFICES, P.C.
 77 W. Washington Street, Suite 1220
 Chicago, IL 60602
 Tel: (312) 440-0020
 Fax: (312) 440-4180
 *www.attorneyzim.com*

 Max S. Morgan
 THE WEITZ FIRM, LLC

1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Attorneys for Plaintiff and the Proposed Classes

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was sent by email to the following on September 30, 2025:

Saleem M. Qadri
saleem@exotic-motors.com

Dan E. Garbis
The Garbis Law Firm, LLC
7330 N. Cicero Ave.
Lincolnwood, Illinois 60712
dgarbis@garbislawfirm.com

/s/ *Jeffrey D. Blake*