UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nelson Estrada
                    Plaintiff,

v.                                           Case No.: 1:24–cv–03531
                                                Honorable Andrea R. Wood

Alpha Lab Services, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges Plaintiff's notice of settlement in principle and request to continue [21]. In light of the report, the status hearing set for 10/1/2025 is stricken. Instead, by 11/17/2025, the parties shall file dismissal papers or a short status report explaining their delay in doing so. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.