# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NELSON ESTRADA,** *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br>v.<br><br>**ALPHA LAB SERVICES, INC.,**<br><br>*Defendant*. | Civil Case No.: 1:24-cv-03531<br><br>District Judge Andrea R. Wood |

## PLAINTIFF'S MOTION FOR STATUS HEARING

Plaintiff Nelson Estrada ("Plaintiff") files this Motion for a Status Hearing, and states as follows:

On May 1, 2024, Plaintiff filed a class action complaint against Defendant arising out of Defendant's violations of the Telephone Consumer Protection Act (TCPA). Defendant was served via personal service on Qadri—Defendant's president, who was authorized to accept service on behalf of Defendant (ECF 10)—but Defendant never appeared in this case or answered the complaint. Accordingly, Plaintiff sought an order of default, and requested leave to conduct discovery to prove classwide damages. ECF 11–12. Both motions were granted. ECF 13.

Plaintiff served a subpoena for documents and to appear for a deposition upon Defendant, commanding the presence of a corporate representative of Defendant on October 15, 2024, at the offices of Plaintiff's counsel. Again, Qadri was personally served (ECF 14-3), but Defendant did not appear for the deposition and Defendant produced no documents or objections.

Accordingly, Plaintiff filed a Motion for an Order to Show Cause ("OSC") why Defendant and its principal, Qadri, should not be held in contempt for failure to comply with the subpoena.

ECF 14. On August 4, 2025, the Court granted the Motion for an OSC. ECF 18. On September 4, 2025, Qadri appeared before the Court via telephone and represented that he had not previously received notice of the Complaint or the lawsuit. However, the affidavits of the process servers demonstrate that Qadri was personally served with (i) the summons and complaint on June 12, 2024 (ECF 10), and (ii) the subpoena on September 19, 2024 (ECF 14-3). Furthermore, additional email correspondence filed with Plaintiff's Motion for an OSC establishes that Qadri knew about the case, because an attorney purporting to represent Defendant was in communication with Plaintiff's counsel prior to Defendant's default. ECF 14-4. At the telephonic hearing on September 4, 2025, Qadri requested additional time to resolve the issue with Plaintiff, and based on Qadri's representations to the Court, the Court granted additional time to discuss a possible resolution. ECF 20.

On September 30, 2025, the day before the rescheduled hearing, Qadri and Plaintiff reached a settlement in principle, memorialized in email communications between their counsel. The parties filed a joint request to strike the October 1, 2025 status hearing, and reschedule it for November 17, 2025. ECF 21. The Court granted the parties' joint request. ECF 22.

On October 2, 2025, Plaintiff's counsel sent a draft settlement agreement to Dan Garbis ("Garbis"), counsel for Qadri. *See* Email Correspondence, attached hereto as <u>Exhibit A</u>. By October 8, 2025, having received no response, Plaintiff's counsel followed up by email again to inquire about the status of the settlement. *Id*. Plaintiff's counsel received no response. Plaintiff's counsel sent additional emails on October 12 and 15, 2025, but still received no response. *Id*. On October 16, 2025, Plaintiff's counsel placed a phone call to Garbis and left a voicemail. It was never returned. Then, Plaintiff's counsel sent an email informing Garbis that if he did not respond by the end of the day on October 20, 2025, Plaintiff's counsel would be seeking relief from the

Court. *Id*. Again, there was no response. *Id*. Plaintiff's counsel attempted to reach Garbis by phone one last time on October 22, 2025, but Garbis' voicemail was full and no message could be left. Because Defendant and Qadri are represented by Garbis, Plaintiff has not made any attempts to contact Defendant and/or Qadri directly.

WHEREFORE, Plaintiff requests that the Court set a status hearing and require Defendant, Qadri, and its counsel to personally attend.

Respectfully submitted,

By: /s/ Jeffrey D.Blake
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Jeffrey D. Blake
*jeff@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Tel: (312) 440-0020
Fax: (312) 440-4180
*www.attorneyzim.com*

Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Attorneys for Plaintiff and the Proposed Classes

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was sent by email to the following on October 27, 2025:

Saleem M. Qadri
*saleem@exotic-motors.com*

Dan E. Garbis
The Garbis Law Firm, LLC
7330 N. Cicero Ave.
Lincolnwood, Illinois 60712
*dgarbis@garbislawfirm.com*

/s/ *Jeffrey D. Blake*

# Exhibit A

| From: | Max Morgan |
|---|---|
| To: | dgarbis garbislawfirm.com |
| Cc: | Tom Zimmerman; Jeff Blake |
| Subject: | RE: Estrada v. Alpha Labs |
| Date: | Wednesday, October 22, 2025 10:47:45 AM |

Dan:

I tried to call your office and got a full voicemail. Since we have not received the courtesy of any response, we will bring the matter back to the Court's attention.

Regards,

Max

**From:** Max Morgan
**Sent:** Thursday, October 16, 2025 5:06 PM
**To:** dgarbis garbislawfirm.com <dgarbis@garbislawfirm.com>
**Cc:** Tom Zimmerman <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>
**Subject:** RE: Estrada v. Alpha Labs

Dan:

Can you please respond? If we don't' get a response by Monday, we will contact the court.

Regards,

max

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Wednesday, October 15, 2025 10:08 PM
**To:** dgarbis garbislawfirm.com <dgarbis@garbislawfirm.com>
**Cc:** Tom Zimmerman <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>
**Subject:** Re: Estrada v. Alpha Labs

Dan:

Please advise.

Max


Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100

Philadelphia, Pennsylvania 19102
267-587-6240
max.morgan@theweitzfirm.com
www.theweitzfirm.com

**From:** Max Morgan
**Sent:** Sunday, October 12, 2025 7:52:54 AM
**To:** dgarbis garbislawfirm.com <dgarbis@garbislawfirm.com>
**Cc:** Tom Zimmerman <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>
**Subject:** RE: Estrada v. Alpha Labs

Dan:

Please let us know the status here.

Regards,

Max

**From:** Max Morgan
**Sent:** Wednesday, October 8, 2025 9:01 AM
**To:** 'dgarbis garbislawfirm.com' <dgarbis@garbislawfirm.com>
**Cc:** 'Tom Zimmerman' <tom@attorneyzim.com>; 'Jeff Blake' <jeff@attorneyzim.com>
**Subject:** RE: Estrada v. Alpha Labs

Following up here.  Please let us know if your client is ready to sign this.

Regards,

Max

**From:** Max Morgan
**Sent:** Thursday, October 2, 2025 1:48 PM
**To:** dgarbis garbislawfirm.com <dgarbis@garbislawfirm.com>
**Cc:** Tom Zimmerman <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>
**Subject:** Estrada v. Alpha Labs

Dan:

See the attached draft settlement agreement. Please let me know if you have any comments or questions.

Regards,

Max



Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, Pennsylvania  19102
O: 267-587-6240
D: 484-838-7227
F: 215-689-0875
max.morgan@theweitzfirm.com
www.theweitzfirm.com